1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA A. UNION, | CASE NO.: CV12-06773 CAS (RZx) |
| Plaintiff, | Hon. Christina A. Snyder |
| vs. | **[PROPOSED]** **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendant. | [FRCP 41(a)] |
| | Complaint Filed: August 7, 2012 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

h:\casnyder\civil\e-filings\cv12-6773order01.doc

# [~~PROPOSED~~] ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, the entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: August 29, 2013

*Christina A. Snyder*
Christina A. Snyder
UNITED STATES DISTRICT JUDGE